**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE: ACETAMINOPHEN -ASD-ADHD PRODUCTS LIABILITY LITIGATION**

**22-md-03043-DLC**

**This Document Relates To:**

*Joahn Gonzalez as Guardian of A.D. v. Johnson & Johnson Consumer Inc.*

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** David R. Buchanan, Esq., of SEEGER WEISS LLP, enters his appearance as Plaintiffs' Counsel in this matter, and requests that all papers be served upon him at his address below.

Date: November 18, 2026

*By /s/ David R. Buchanan*
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-63 9-9100
dbuchanan@seegerweiss.com
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I certify that on November 18, 2026, this document was filed through the Courts CM/ECF system and will be sent electronically via the ECF system to all parties to this action.

*/s/David R. Buchanan*
David R. Buchanan